UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY WESSELIUS, )
)
      Plaintiff, )
) Case No. C06-0571-RSM
   v. )
)
LINDA S. McMAHON, Acting )
Commissioner, Social Security ) ORDER REMANDING CASE
Administration, )
)
      Defendant. )
_____ )

    The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 9th day of March, 2007.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER REMANDING CASE